## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 11 B 04378 |
| SLAWOMIR TWARDOSZ, | ) Chapter 13 |
| | ) Judge Jack B. Schmetterer |
| Debtor. | ) Trustee: Tom Vaughn |

| | |
|---|---|
| SLAWOMIR TWARDOSZ, | ) |
| Plaintiff, | ) |
| v. | ) ADV. NO. 11 AP 01033 |
| JPMORGAN CHASE BANK, N.A. | ) |
| | ) |
| and | ) |
| | ) |
| CHASE HOME FINANCE, LLC., | ) |
| Defendants. | ) |

## FINDINGS OF FACT

A. <u>The Parties</u>

1. The Plaintiff is Slawomir Twardosz.

2. The Defendants are JP Morgan Chase Bank, N.A. and Chase Home Finance, LLC.

B. <u>Factual Background</u>

1. On February 4, 2011, Plaintiff filed a petition for relief under Chapter 13 of the U.S. Bankruptcy Code.

2. The Plaintiff owns the real estate commonly known as 8908 W. 140th Street, Apt. 2J, Orland Park, IL 60462.

3. Chase Home Finance, LLC holds a first mortgage lien on the real estate commonly known as 8908 W. 140th Street, Apt. 2J, Orland Park, IL 60462, with a secured claim of $137,571.24, pursuant to a proof of claim filed on March 3, 2011.

4. The Defendants hold a second mortgage lien on the real estate commonly known as 8908 W. 140th Street, Apt. 2J, Orland Park, IL 60462, in the amount of $26,569.91, pursuant to a proof of claim filed on May 25, 2011.

5. In said proof of claim, Defendants allege the value of the aforesaid real estate to be $126,500.00.

6. The first secured claim of Chase Home Finance, LLC in the amount of $137,571.24 exhausts the value and equity in the aforesaid real estate.

7. There is no value and equity to support the claim of the Defendants.

8. On May 6, 2011, Plaintiff issued a summons and complaint pursuant to 11 U.S.C. 506(a) and Bankruptcy Rule 3012 to determine the validity of Defendants' lien on Plaintiff's real estate, commonly known as 8908 W. 140th Street, Apt. 2J, Orland Park, IL 60462.

9. On May 6, 2011, a copy of the summons and complaint was served in accordance with the Federal Rules of the Bankruptcy Procedure by certified U.S. Mail, postage prepaid upon the following persons: James Dimon, CEO of JPMorgan Chase Bank, N.A., Claudio Berquo, President of JPMorgan Chase Bank, N.A., and Glenn J. Mouridy, President and Chief Financial Officer of Chase Home Finance, LLC.

10. On May 20, 2011, Plaintiff issued an alias summons for the complaint.

11. On May 20, 2011, a copy of the alias summons and complaint was served in accordance with the Federal Rules of the Bankruptcy Procedure by certified U.S. Mail, postage prepaid upon the following persons: James Dimon, CEO of JPMorgan Chase Bank, N.A., Claudio Berquo, President of JPMorgan Chase Bank, N.A., and

Glenn J. Mouridy, President and Chief Financial Officer of Chase Home Finance, LLC.

12. The alias summons indicated that a motion or answer was required within 30 days of issuance; to date, no responsive pleading has been filed.

13. No evidence has been presented to challenge the value of the real estate, or the validity of the secured claim that holds priority over the second mortgage lien.

ENTER:

United States Bankruptcy Court Judge

8/16/11

AUG 16 2011

Prepared by counsel of Plaintiff:

Christine R. Piesiecki
9800 S. Roberts Road, Suite 205
Palos Hills, IL 60465
(708) 233-6833

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 11 B 04378 |
| SLAWOMIR TWARDOSZ, ) | Chapter 13 |
| ) | Judge Jack B. Schmetterer |
| Debtor. ) | Trustee:  Tom Vaughn |

| | |
|---|---|
| SLAWOMIR TWARDOSZ, ) | |
| Plaintiff, ) | |
| v. ) | ADV. NO.  11 AP 01033 |
| JPMORGAN CHASE BANK, N.A. ) | |
| ) | |
| and ) | |
| ) | |
| CHASE HOME FINANCE, LLC., ) | |
| Defendants. ) | |

### CONCLUSIONS OF LAW

A. Jurisidiction

1. This is a core proceeding pursuant to 28 U.S.C 157(b)(2)(K).  This Court has jurisdiction over this matter pursuant to 28 U.S.C. 157(a) and 1334(b).

2. Venue is proper in this district pursuant to U.S.C. Section 1409.

B. Argument

1. This action was initiated under 11 U.S.C. 506(a) and Federal Rule of Bankruptcy Procedure 3012.

2. Chase Home Finance, LLC holds a first mortgage lien on the real estate commonly known as 8908 W. 140th Street, Apt. 2J, Orland Park, IL  60462, with a secured claim of $137,571.24.

3. The Defendants hold a second mortgage lien on the said real estate in the amount of $26,569.91.  Said claim is second in priority to the first mortgage lien.

4.  The value of Plaintiff's aforesaid real estate is $126,500.00.

5.  As there is no value or equity to support the second priority lien of the Defendant, its claim is not a claim secured at all by a secured interest in the Debtors' residence, as the term is used in Section 1322(b) of the Bankruptcy Code. The Chapter 13 Plan may value the collateral under Federal Rule of Bankruptcy Procedure 3012, and determine the respective rights of secured creditors through the language used therein, contingent on confirmation thereof, completion of the Plan by the Debtors, and entry of the discharge. *In re. Meyer*, 2009 B 20268, Docket Entry 69 (Bankr.N.D.Ill. January 29, 2010).

ENTER:

United States Bankruptcy Court Judge

Prepared by counsel of Plaintiff:

Christine R. Piesiecki
9800 S. Roberts Road, Suite 205
Palos Hills, IL  60465
(708) 233-6833